IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Josiah David Roise, et al., | ) |
| Plaintiff, | ) ORDER |
| vs. | ) |
| Minot Police Department, et al., | ) Case No. 1:25-cv-083 |
| Defendants. | ) |

Plaintiffs Josiah David Roise, Karen Roise, David Roise, Isaiah Roise, and Elijah Roise initiated the above-captioned action with the filing of a paid *pro se* complaint on April 11, 2025. (Doc. No. 1). On April 14, 2025, the Clerk issued summonses to Plaintiffs for service on Defendants. (Doc. No. 3).

On September 29, 2025, the undersigned issued an order and report and recommendation. (Doc. No. 21). Observing that (1) Josiah David Roise was the only named Plaintiff who had signed the complaint and could only represent himself in this matter, and (2) there was nothing in the record to evince that Plaintiffs had served summonses and copies of the complaint on Defendants within the time prescribed by Fed. R. Civ. P. 4(m), the undersigned ordered Plaintiffs to file by October 17, 2025, an Amended Complaint signed by all Plaintiffs who wish to proceed with this action as well as proof of service. The undersigned also recommended that the Court dismiss this action in part should Plaintiffs fail to file an Amended Complaint or file an Amended Complaint not signed by all Plaintiffs by October 17, 2025. Finally, the undersigned recommended that the Court dismiss this action in its entirety should Plaintiffs fail to file proof of service by October 17, 2025.

On October 16, 2025, Plaintiffs filed what the Court construes as a supplement to their

1

original complaint that they all had signed. (Doc. No. 24). Plaintiffs also filed a motion requesting that their deadline to file proof of service be extended until December 23, 2025. (Doc. No. 22). They aver that good cause exists to extend their deadline as they are proceeding *pro se* and "are awaiting open-records responses from the City of Minot and the Minot Police Department to confirm each defendant's full name and service address." (Id.).

The Clerk's office shall attach a copy of Plaintiffs' original complaint to the supplement they filed on October 16, 2025, and file the resulting document as Plaintiffs' Amended Complaint. The undersigned's report and recommendation (Doc. No. 21) is deemed **MOOT**. Plaintiffs' motion for an extension of time (Doc. No. 22) is **GRANTED**. Plaintiffs shall have until December 23, 2025, to file proof of service. By then approximately eighth months will have passed since the Clerk's office issued summonses to Plaintiffs for service on Defendants. This should be more than enough time to effectuate service. Consequently, further requests for extensions of time will not be looked upon favorably. Plaintiffs are now on notice that a failure on their part to file proof of service by December 23, 2025, may result in the dismissal of this action in whole or in part without further notice.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2025.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court